JS-6

ROBERT A. CANTORE (SBN 127462)
rac@gslaw.org
MICHAEL D. WEINER (SBN 240155)
mweiner@gslaw.org
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:  (323) 938-3000
Fax:  (323) 937-9139

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, LOCAL #399 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Plaintiff,<br><br>v.<br><br>REEL TRANSIT PRODUCTIONS, LLC, a Louisiana limited liability company; CAPITOL FILMS DEVELOPMENT, LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 09-2884 RGK (CWx)<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br>Date:  July 20, 2009<br>Time:  9:00 a.m.<br>Courtroom:  850<br><br>Hon. R. Gary Klausner |

This matter came before the Court for hearing on July 20, 2009, the Honorable R. Gary Klausner, United States District Judge, presiding. The Court having considered all papers filed in connection with this matter, for good cause appearing, grants the Motion for Default Judgment filed by Plaintiff Studio Transportation Drivers, Local #399 of the International Brotherhood of Teamsters ("Local 399"). Final Judgment is hereby entered in favor of Local 399, and against Defendants Reel Transit Productions, LLC ("Reel Transit") and Capitol Films Development, LLC ("Capitol Films").

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Reel Transit and Capitol Films are jointly and severally liable for, and shall pay to Local 399 a total principal judgment amount of ~~$43,062.35~~ $41,512.36. Said judgment amount is comprised of $38,596.56 to satisfy the Summary Opinion and Award issued by Arbitrator Frederic R. Horowitz on February 9, 2009, ~~$4,115.79~~ $2,915.80 as and for Local 399's reasonable attorney's fees ~~as a form of sanctions,~~ and ~~$350 as and for Local 399's recoverable costs of suit.~~ Plaintiff may apply to the Clerk for costs.

**IT IS SO ORDERED:**

DATED: 07.23.09

_/s/ Gary Klausner_
HON. R. GARY KLAUSNER
United States District Judge

DATED: June 26, 2009

Respectfully submitted,

**GILBERT & SACKMAN**
A LAW CORPORATION

By /s/ Robert A. Cantore

Attorneys for Plaintiff

[PROPOSED] DEFAULT JUDGMENT    2